

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00652-CV

**IN THE INTEREST OF J.T.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01089
Honorable Renée Yanta, Judge Presiding

# O R D E R

    This is an accelerated appeal from the trial court's final order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016). Counsel states he has provided copies of the brief and motion to withdraw to appellant and informed appellant of his right to review the record and file his own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel's letter also enclosed a form for appellant to use to request review of the appellate record. If appellant would like a copy of the appellate record, he must file the motion in this court no later than **November 7, 2018**.

    If appellant desires to file a pro se brief, we **order** that he do so by **December 7, 2018.** If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, appellee may file a brief in response to counsel's brief no later than December 27, 2018. We **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court.

    We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court